JUDGE FRANKLIN D. BURGESS

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-5540FDB |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| vs. | ) ) | |
| GENARO LOPEZ-PERETE, | ) ) | |
| Defendant. | ) ) ) | |

Upon motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to August 25, 2005.

DONE this 11th day of August, 2005.


      /s/ Franklin D Burgess
JUDGE FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE     1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

Presented By:

/s/ Russell V. Leonard                    /s/ Mike Dion

Russell V. Leonard                         Mike Dion
Attorney for Defendant                     Assistant U.S. Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE    2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**