Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GENARO LOPEZ-PERETE, )<br>)<br>Defendant. )<br>_____ ) | NO. CR 05-5540FDB<br><br>ORDER<br>GRANTING STIPULATED<br>MOTION TO EXTEND TIME<br>FOR FILING OF GOVERNMENT'S<br>OPPOSITION TO MOTION TO<br>SUPPRESS |

After consideration of the stipulation by the Government and Defendant Genaro Lopez-Perete requesting an extension of the deadline for the Government's filing of an opposition to Defendant's motion to suppress evidence,

//
//
//
//
//
//
//
//

[PROPOSED] ORDER RE EXTENSION OF FILING DEADLINE
(U.S. v. Lopez-Perete, CR05-5540FDB) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

1     IT IS HEREBY ORDERED that the stipulated motion is GRANTED, and the

2 Government's deadline for filing the opposition is extended until September 8, 2005.

3     DATED this 30th day of August, 2005.

4

5

6                       /s/ Franklin D Burgess
                       FRANKLIN D. BURGESS
                       United States District Judge

7 Presented by:

8 JOHN McKAY

9 United States Attorney

10

11 s/ Michael Dion
MICHAEL DION

12 Assistant United States Attorney

13

14

15 s/ Russell V. Leonard   *
RUSSELL V. LEONARD

16 Attorney for Defendant
Genaro Lopez-Perete

17

18 *telephonic approval

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE EXTENSION OF FILING DEADLINE
(U.S. v. Lopez-Perete, CR05-5540FDB) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800