| | |
|---|---|
| 1 | JUDGE FRANKLIN D. BURGESS |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5540FDB |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| vs. | ) | CONTINUE TRIAL DATE |
| | ) | |
| GENARO LOPEZ-PERETE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the unopposed motion of the defendant to continue the trial date, and the reasons set forth in the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice, 18 U.S.C. §3161(h)(8)(B)(I).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case, 18 U.S.C. § 3161(h)(8)(B(ii).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1
*United States v. Genaro Lopez-Perete;* CR05-5540FDB

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1  4. Taking into account the exercise of due diligence, a continuance is necessary
2  to allow the defendant the reasonable time for effective preparation his defense, 18
3  U.S.C. § 3161(h)(8)(B)(iv).
4      NOW, THEREFORE,
5      IT IS HEREBY ORDERED that the trial date is continued from September 26,
6  2005 to November 28, 2005, at 9:00 am.  The resulting period of delay from the current
7  trial date of September 26, 2005, up to and including the new trial date of November 28,
8  2005, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and
9  (B).
10     The Pretrial conference shall be on November 17, 2005, at 1:30 pm.
11     DONE this 13th day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ *Russell V. Leonard*
Russell V. Leonard
Attorney for Defendant


/s/ *Michael Dion*
Michael Dion
United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    2
*United States v. Genaro Lopez-Perete;* CR05-5540FDB

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710